LAURA G. BOSWORTH, Respondent, *v.* HENRY B. KINGHORN et al., as Administrators of the Estate of HENRY G. FISK, Deceased, Appellants.

*Bosworth* v. *Kinghorn*, 94 App. Div. 187, affirmed.
(Argued October 21, 1904; decided November 15, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May

20, 1904, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury and dismissing an appeal from an order denying a motion for a new trial.

*Henry B. Kinghorn* and *George Wilcox* for appellants.

*Edward R. Otheman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.